UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEN GOODWIN,

                Petitioner,                  23 **CIVIL** 6340 (AKH)

    -against-                               **JUDGMENT**

SUPERINTENDENT, FIVE POINTS
CORRECTIONAL FACILITY,

                Respondent.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Opinion dated October 30, 2024, the Goodwin's petition for a writ of habeas corpus is DENIED. Because Petitioner has "not made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2), a certificate of appealability will not issue.

**DATED:** New York, New York
            October 31, 2024

                                                    **DANIEL ORTIZ**
                                           **Acting Clerk of Court**

                       **BY:**

                                                     **Deputy Clerk**